THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Dykeman, Appellant.
 
 
 

Appeal From Beaufort County
 John M. Milling, Circuit Court Judge

Unpublished Opinion No.  2010-UP-436
 Submitted October 1, 2010  Filed October
12, 2010

AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Assistant
 Attorney General Melody J. Brown, all of Columbia; and Solicitor I. McDuffie
 Stone, III, of Bluffton, for Respondent.
 
 
 

PER CURIAM:  John Dykeman appeals his convictions for murder,
 kidnapping, and armed robbery.  Dykeman argues the trial court erred in
 instructing the jury that he would receive the procedural advantage of having
 the final closing argument in the event he declined to offer evidence.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority:  State v. Steadman, 257 S.C. 528, 536-37, 186 S.E.2d 712, 714
 (1972) (holding an appellant's argument that the trial court erred in
 interfering, participating, and commenting during the trial proceedings was not
 preserved for appellate review because the appellant failed to interpose a
 timely objection at trial).
AFFIRMED.
FEW, C.J., HUFF and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.